# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVIDSON LEWIS

NO. 2021 KW 0773

OCTOBER 5, 2021

---

In Re:    Davidson Lewis, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, Nos.
          130007, 97-109.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.** The Clerk of Court of Iberville Parish has no record of a Motion to Quash filed by relator on or about January 1, 2020. Relator should file the motion with the district court before seeking relief from this court.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT